# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS C. SALAMANCO,<br><br>                                    Plaintiff,<br><br>         vs.<br><br>WINN LAW GROUP, and CAVALRY SPV I, LLC,<br><br>                                    Defendants. | CASE NO. 12cv2973-MMA (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 10] |

On February 28, 2013, Plaintiff Iris Salamanco and Defendants Winn Law Group and Cavalry SPV I, LLC, filed a joint motion to dismiss the action with prejudice. [Doc. No. 10.] Upon due consideration and good cause appearing, the Court **GRANTS** the motion. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's action against Defendants is **DISMISSED WITH PREJUDICE**; each party to bear its own costs and attorneys' fees. The Clerk of Court is hereby instructed to terminate this case.

**IT IS SO ORDERED**.

DATED: February 28, 2013

Hon. Michael M. Anello
United States District Judge